UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 1:18-cv-09587.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Skatteforvaltningen ("SKAT") and the undersigned defendants and their counsel that the action captioned *SKAT v. The Diamond Scott Capital Pension Plan & Roger Lehman*, No. 1:18-cv-09587, is dismissed as against Defendant The Diamond Scott Capital Pension Plan with prejudice and without costs or attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. SKAT's dismissal is not intended to and does not affect any of the claims asserted against Roger Lehman in the action captioned *SKAT v. The Diamond Scott Capital Pension Plan & Roger Lehman*, No. 1:18-cv-09587. This stipulation is signed by counsel for all parties who have appeared.

Case 1:18-md-02865-LAK  Document 1183  Filed 09/12/24  Page 2 of 2
Case 1:18-md-02865-LAK  Document 1178  Filed 09/12/24  Page 2 of 2

2

Dated: New York, New York
September 12, 2024

By: /s/ Marc A. Weinstein
   Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
   Joseph LoPiccolo
POULOS LOPICCOLO PC
311 West 43rd St., 11th Fl., Ste. 124
New York, NY 10036
Telephone : (646) 931-0011
Fax : (732) 358-0180
lopiccolo@pllawfirm.com

*Counsel for Defendants The Diamond Scott Capital Pension Plan and Roger Lehman*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

9/12/24